```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-cr-0150 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| JULIA QUIROZ, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the current status conference as to defendant QUIROZ only,

IT IS THE ORDER of the Court that the current status conference as to defendant QUIROZ, currently set for February 25, 2008, at 9 a.m., is hereby vacated and the matter is reset for a potential change of plea on March 3, 2008, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the parties an

1

1  opportunity to potentially resolve this matter and would deny the
2  defendants an opportunity to properly investigate.
3      WHEREFORE IT IS HEREBY ORDERED that time shall be excluded
4  in the interest of justice, pursuant to 18 U.S.C. §
5  3161(h)(8)(A).

7  IT IS SO ORDERED.
8  **Dated:   February 13, 2008**                    /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE